**Itemized Statement**
**FRESHLY V INC**

Código: IS-001
Date: May 26 / 2022
Version: 001

| PO | PO Date | Container | Item | Qty | Price | Total Price | Shippment Date | BL Number | Consignee | Invoice | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S001 | 8/13/2020 | 1 | Sabroso Tostones, Hawaiian Style, pre fried & frozen (pound) | 42,076.00 | 0.95 | 39,972.2 | 08/27/2020 | KOSLCTGPEV15988 | Freshly V Inc | 3 | 08/21/2020 |
| S001 | 8/13/2021 | 2 | Sabroso Tostones, Hawaiian Style, pre fried & frozen (pound) | 42,076.00 | 0.95 | 39,972.2 | 08/27/2020 | KOSLCTGPEV15988 | Freshly V Inc | 3 | 08/21/2020 |
| S001 | 8/13/2022 | 3 | Sabroso Tostones, Hawaiian Style, pre fried & frozen (pound) | 42,067.22 | 0.95 | 39,963.86 | 09/03/2020 | KOSLCTGPEV16006 | Freshly V Inc | 4 | 08/28/2020 |
| | | 1 and 2 | Door to door Delivery | 2 | 5,148.00 | 10,296.00 | | | Freshly V Inc | 5 | 09/07/2020 |
| | | 3 | Door to door Delivery | 1 | 5,148.00 | 5,148.00 | | | Freshly V Inc | 6 | 09/07/2020 |
| S001 | 8/13/2023 | 4 | Sabroso Tostones, Hawaiian Style, pre fried & frozen (pound) | 42,150.41 | 0.95 | 40,042.89 | 09/25/2020 | KOSLCTGPEV16102 | Freshly V Inc | 7 | 08/28/2020 |
| | | 4 | Door to door Delivery | 1 | 5,148.00 | 5,148.00 | | | Freshly V Inc | 8 | 09/21/2020 |
| S001 | 8/13/2024 | 5 | Sabroso Tostones, Hawaiian Style, pre fried & frozen (pound) | 42,256.61 | 0.95 | 40,143.78 | 11/06/2020 | KOSLCTGPEV16318 | Freshly V Inc | 9 | 10/30/2020 |
| | | 5 | Door to door Delivery | 1 | 5,148.00 | 5,148.00 | | | Freshly V Inc | 10 | 10/30/2020 |
| | | | **TOTAL** | | | **225,834.93** | | | | | |