UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-20489

DELIKRUNCH S.A.S.,
a Columbian Company,

    Plaintiff,

v.

FRESHLY V INC, a Florida Profit
Corporation,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

Plaintiff, DELIKRUNCH S.A.S., by and through undersigned counsel, hereby file this Stipulation of Dismissal and state as follows:

1) The Parties have reached an agreement to settle this action.

2) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal of this action with prejudice.

3) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation of dismissal is signed by all parties who have appeared.

_____
Carlos Elizalde
Authorized Agent for DELIKRUNCH S.A.S.

Dated: November 28, 2022

_____
Raynier Plasencia
Authorized Agent for Freshly V Inc.

Dated: November 28, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on attorneys for Plaintiff, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ *Michael P. Mayoral*
Michael P. Mayoral, Esq.
Florida Bar No.: 112080
mmayoral@pmlawfla.com
**Perez Mayoral, P.A.**
999 Ponce De Leon Blvd., Suite 705
Coral Gables, FL 33134
Tel: (305) 928-1077
Fax: (305) 402-6299
**Attorney for Plaintiff Delikrunch S.A.S.**